UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                            Cr.  12-cr-130-01-SM

FREDERICK V. MCMENIMEN, III,
   a/k/a "RICK MCMENIMEN"

## MOTION TO SEAL

NOW COMES, John P. Kacavas, United States Attorney for the District of New Hampshire, and his assistant, William E. Morse, Assistant U.S. Attorney, hereby moves that the entire case file be sealed at a Level II until the defendant is taken into custody. The government submits that public disclosure before arrest could compromise officer safety.

Dated: October 3, 2012                  Respectfully submitted,

                                              JOHN P. KACAVAS
                                            UNITED STATES ATTORNEY

                            By:   /s/ William E. Morse
                                  William E. Morse
                                  Assistant U.S. Attorney
                                  Bar # 421934 (D.C.)
                                  U.S. Attorney's Office
                                  53 Pleasant St.,
                                  Concord, NH  03301
                                  (603) 225-1552

Motion      ☐ Granted    ☐ Denied

_____
Landya B. McCafferty
United States Magistrate Judge
Date: