RECEIPT # 0370

rec'd OCT 10/4/12

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

### COLLATERAL RECEIPT AND ACKNOWLEDGMENT OF RETURN

United States of America

v.                                        Case No.    12-cr-130-01-SM

Frederick V. McMenimen, III

## COLLATERAL RECEIPT

| Name and Address of Submitting Party | Frederick V. McMenimen, III |
|---|---|

*This document must be presented to the Clerk's Office to allow release of any collateral following a court order. Please retain your copy.*

Receipt is hereby acknowledged of the following:

United States of America Passport No. 490970413

Date: OCT 4, 2012                       _____
                                                 Deputy Clerk

**Distribution of Form:**
Original - Collateral Receipt Folder    Yellow - Submitting Party    Pink - Case File

*******************************************************************

### ACKNOWLEDGMENT OF RETURN OF COLLATERAL

Receipt is acknowledged of the collateral listed above.

Received By:

Date: _____       _____
                                                Signature

USDCNH-52 (2/96)