UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 12-cr-130-01-SM

<u>Frederick V. McMenimen, III</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; Final Pretrial is rescheduled to March 8, 2013 at 3:30 p.m.; Trial is continued to the two-week period beginning March 19, 2013, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                       <u>/s/ Steven J. McAuliffe</u>
                                       Steven J. McAuliffe
                                       United States District Judge

Date:  November 1, 2012

cc:  Bjorn Lange, Esq.
     William E. Morse, Esq.
     U.S. Marshal
     U.S. Probation