UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

     v.                                Criminal No. 12-cr-130-01-SM

<u>Frederick V. McMenimen, III</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted; Final Pretrial is rescheduled to May 10, 2013 at 10:30 AM; Trial is continued to the two-week period beginning May 21, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: March 5, 2013

cc:  Bjorn R. Lange, Esq.
     William Morse, Esq.
     U.S. Marshal
     U.S. Probation