# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal Case No. 12-CR-00130-SM |
| FREDERICK V. MCMENIMEN, III, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' ASSENTED TO MOTION TO EXCEED PAGE LIMIT

NOW COMES John P. Kacavas, United States Attorney for the District of New Hampshire, and William E. Morse, Assistant United States Attorney, hereby requests to exceed the 15 page limit by less than ten pages in connection with its Memorandum of Law in Support of Government's Motion in Limine No. 1 for an Order Precluding Unauthenticated Forgeries and Fabrications and Hearsay.

As grounds, the government submits that additional pages are necessary to fairly present relevant facts and to develop relevant issues.

Counsel for the defendant, Bjorn R. Lange, Esquire, has assented to the relief sought herein.

Dated:  February 21, 2014                    Respectfully submitted,

                                              JOHN P. KACAVAS
                                              United States Attorney


                                    By:   /s/ William E. Morse
                                          William E. Morse
                                          Assistant United States Attorney
                                          Bar No. 421934 (D.C.)
                                          United States Attorney's Office
                                          53 Pleasant Street, 4th Floor
                                          Concord, New Hampshire  03301
                                          (603) 225-1552
                                          william.morse@usdoj.gov

2

**CERTIFICATE OF SERVICE**

    I, hereby certify, that a copy of the foregoing has been filed electronically and served upon Bjorn Lange, Esq., counsel for the defendant.

                                                          /s/ William E. Morse
                                                          William E. Morse
                                                          Assistant United States Attorney