UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 12-CR-00130-SM |
| FREDERICK V. MCMENIMEN, III, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION *IN* LIMINE NO. 1 FOR AN ORDER PRECLUDING UNAUTHENTICATED FORGERIES AND FABRICATIONS AND HEARSAY**

The United States of America, by John P. Kacavas, U.S. Attorney for the District of New Hampshire, hereby moves for an order excluding the defendant from moving into evidence the documents filed herewith as Attachments 1.A through 1.F. In support of this motion, the government has filed herewith as Attachment 2, a separate memorandum of law, with exhibits.

The government requests an evidentiary hearing on this motion and a ruling sufficiently in advance of trial, set for jury selection on March 18, 2014, to allow the parties to conform their respective trial presentations to the Court's ruling.

Through his counsel, Bjorn R. Lange, Esq., the defendant has indicated his objection to the relief sought herein.

For the reasons set forth in its accompanying memorandum of law, the United States respectfully requests that this motion be granted.

Dated: February 21, 2014                                    Respectfully submitted,

                                                            JOHN P. KACAVAS
                                                            United States Attorney


                                            By:    /s/ William E. Morse
                                                   William E. Morse
                                                   Bar No. 421934 (D.C.)
                                                   Office of the United States Attorney
                                                   53 Pleasant St., 4th Floor
                                                   Concord, New Hampshire  03301
                                                   (603) 225-1552


## CERTIFICATE OF SERVICE

I, hereby certify, that a copy of the foregoing has been filed electronically and served upon Bjorn Lange, Esq., counsel for the defendant.


                                                   /s/ William E. Morse
                                                   William E. Morse
                                                   Assistant United States Attorney