ATTACHMENT SERIES 1

ATTACHMENT 1.A



**Custom financial, LLC**

www.CustomFinancialLLC.com

215 Newbury Street – Suite 101A – The Hallmark Building – Peabody, MA 01960 USA
Phone 978-535-2922 – Fax 978-535-1630

Susan Wagstaff
Hampton Falls, New Hampshire
September 13, 2003

Susan,

    This letter is a recap of our discussions over the last several weeks concerning your family and the estate planning and settlement case in Florida. I appreciated your kind words last week and wanted to get something in writing with regards to your contract with me and the agreement we signed originally. As discussed I am not worried about payment at this time except for direct expenses. I know you realize a lot of work went onto the settlement of Austin's estate and the equalization you wanted for the kids. ( I do feel the family meetings really helped) I do however agree to defer my compensation for all of this work and that I am doing now until the Florida situation is settled. With that written this letter will modify the original contract for you as this is a bit of a unique situation.

    As discussed Custom Financial LLC will represent you and work with your New Hampshire and Florida attorney to expedite and settle the Florida situation. We will make sure that we design a plan to work toward your stated goals. We will act within your authority on all matters and communicate with you on a regular basis. We will NOT make any critical decisions without first consulting you. Our services will include travel, planning research, sitting in on depositions, filings, coordination, communication and when you get your inheritance we will invest it based on your stated goals.

    For all new services on your inheritance, past work on Austin's estate, working with Attorney Sullivan, family meetings and estate equalization for your children, Custom Financial LLC will be paid no more than 25% of the total inheritance plus Austin's estate. After we find out exactly what you are getting and deduct attorneys fees we can adjust the percentage if agreed but no lower than 15%. Based on your conservative nature and tax situation Custom Financial LLC will agree if necessary to defer payments to help out your personal situation with regards to taxes, contract bonuses and other contract obligations based on the investments.

    Susan, I do enjoy working with you on this matter. I appreciate your friendship and will help out in anyway I can. Feel free to contact me anytime.

Regards,

x _Fredrick V. Milbury III_      x _Susan G. Wagstaff_

FM_FVM-00008