ATTACHMENT 1.B

April 6, 2010

      This document shall serve as notice of payment by Susan Wagstaff to Frederick V. McMenimen III doing business as PSB for services rendered over the last 12 years. By past agreement between the parties Susan Wagstaff agreed to pay Custom Financial ( Now PSB) for services rendered including expenses for consulting and representation with regards to her parents estate settlement. By agreement Susan Wagstaff agreed to pay Custom Financial 10% of the gross payments received. This totaled $420,000. ( Four hundred twenty thousand dollars). Custom Financial agreed to defer those payments for tax and distribution purposes through 2010. This was also to avoid contract penalties. This payment of ___90k___ paid to PSB represents another installment and leaves a balance of ___300k___. Both parties agree that final payments will occur before the end of 2010 and both parties agree to release and hold harmless the other party. Payments are made to PSB since Custom Financial is closed.

_[handwritten: 203" 25%]_

x _Susan G. Wagstaff_         _[signature]_
Susan Wagstaff        Frederick V. McMenimen III

_[handwritten notes circled: "Old files", "Need to fix", "Get"]_

FM_FVM-00006