ATTACHMENT 1.C

May 25, 2010
Re : Wagstaff Final Payment

    This document shall serve as notice of final payment for services rendered between Susan G. Wagstaff and Frederick V. McMenimen III formely of Custom Financial LLC. In late 1997 and early 1998 Susan G. Wagstaff contracted with Custom Financial to represent and assist in issues surrounding the settlement of her parents estate. At that time the parties entered into an agreement that Susan Wagstaff would pay all expenses for representation and the parties would agree at a later date on payments. In January of 2000 the parties modified the agreement and Susan Wagstaff agreed to pay Custom Financial 15% of her net inheritance. The parties agreed to make payments due in full over 10 years so that the money inherited could be invested and used to grow lessening the impact of the payments. Over the last 10 years Susan Wagstaff has made periodical payments. This final payment of $95,000 represents the final installment to be paid. The parties agree that payment will be made to PSB as Custom is no longer in business. In addition the parties agree to release and hold harmless each other going forward.

_____  _____
Susan Wagstaff                   Frederick McMenimen III