ATTACHMENT 1.D

Susan G Wagstaff
Frederick V. McMenimen III
August 14, 2011
Re: Custom / PSB

This document will serve to memorialize the final transaction between Susan G. Wagstaff and Frederick V. McMenimen III. Ms. Wagstaff had agreed on or about September 1 2000 to pay Mr. McMenimen d/b/a Custom Financial LLC a fee for estate services in the amount of 25% of her inheritance plus some expenses. The fee would be paid out over a ten year period starting after she received the funds to spread out the tax and maximize growth). This final expected payment of $120,000 due in the next 30 days will fulfill the agreement and no further payments will be made. ( Both parties agreed that full payment was expected in 2009 or 2010 but not feasible for tax purposes and poor calculations by Frederick McMenimen) In addition since Custom Financial LLC is no longer an open LLC final payment will be made to PSB LLC also owned by Frederick McMenimen III. Both parties agree that this transaction and document replace all previous agreements and both parties agree to release and hold harmless each other.

By, _____
Frederick V. McMenimen III

_____
Susan G. Wagstaff