ATTACHMENT 1.E

October 19, 2008
Agreement
Meskhes/McMenimen

    This letter signed by both parties serves as notice of final payment between Custom Financial LLC / Frederick V. McMenimen III and Patricia Mekshes.

    For services rendered the parties had agreed in 1998 that at some point after Patricia became 59 ½ years old to avoid any penalty that she would pay Custom Financial LLC / Frederick V. McMenimen III a sum for time as an advisor and consultant on financial matters. This payment will now be paid in full with this installment of 60,000. This fee applies to services from 1998 through 2008. Mrs. Mekshes was not charged fees prior because all of her assets were in IRA type accounts and payment would trigger an additional tax penalty. The parties agreed to wait until such time as it was best for Mrs. Mekshes and within 10 years.

    The parties now agree to release and hold harmless each other for any and all past matters and any additional payments will fall under a new agreement.

_____
Frederick V. McMenimen III

_____
Patricia Mekshes

*[handwritten: SEE 2011 & 2010 ADDENDUM  F/e Mekshes]*