ATTACHMENT 1.F

May 19, 2011

This agreement is between Frederick V. McMenimen III formerly of Custom Financial LLC and Janet Beals. This agreement modifies the previous documents for agreed compensation for estate planning services from 1997 through 2011. The parties agreed in 1997 to work on an estate plan. Later estate settlement of George Beals and help with trust work with Atty Mark Sullivan. At the time of original services the parties agreed to defer payments until a later date. In 2006 Custom Financial dissolved. The original agreement called for an annual fee of $10,000 for services. The parties agreed to defer payments for personal reasons. In 2010 the parties agreed to payments paid out over two years. This document acknowledges and modifies all previous agreements. Due to Custom Financial being out of business all payments will be made to PSB. The parties acknowledge that after final payments in 2011 no further compensation will be paid out unless a new agreement is made. The parties further agree to hold harmless each other.

*Janet L. Beals*
Janet L. Beals

*Frederick V. McMenimen III*
Frederick V. McMenimen III

FM_FVM-00003