EXHIBIT 1.B

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, ___Frederick V. McMenimen,III___ , attest under penalties of perjury
(or criminal punishment for false statement or false attestation) that I
am employed by____PSB Sports L.L.C._____ (business), and
that my official title is ___Manager/Member_____ . I am a
custodian of records for such business entity. I state that each of the
records attached hereto is the original record or a true duplicate of the
original record in the custody of ___PSB Sports L.L.C._____ (name of
business from which documents are produced), and that I am the custodian
of the attached records consisting of ___7___ pages.

I further state that:

A. all records attached to this certificate were made at or
near the time of the occurrence of the matters set forth,
by, or from information transmitted by, a person with
knowledge of those matters;

B. such records were kept in the course of a regularly
conducted business activity of ___PSB Sports L.L.C._____
_____(business); and

C. such records were made by ___PSB Sports L.L.C._____
(business) as a regular practice.

I further state that this certification is intended to satisfy Rule
902(11)of the Federal Rules of Evidence.

____9-6-12_____

Date

_____

Signature