EXHIBIT SERIES 3

EXHIBIT 3.A



**Custom Financial, LLC**

"A CONSERVATIVE APPROACH TO ESTATE, RETIREMENT AND LONG TERM CARE PLANS"

www.CustomFinancialLLC.com
27 Front Street ♣ Exeter, NH 03833
Phone 603.778.6174 ♣ Fax 603.778.0983 ♣ Email: CustomLLC@aol.com

John,

Here is a copy of the check discussed + bank statement printed online.

In addition I just got this W-2G. Can I take non-winning tix as a deduction??

I also will be sending another $1000.00 next Friday on pay day.

Please call ASAP

603-770-9844

FM_CPA-00451

| | |
|---|---|
| C  \D. L  ZELMAN | 1029 |
| HAM, N\  \3885 | 54-7/114  13 |

Pay to the order of _____ $ 38,000

_____ xx/100 Dollars

Bank
America's Most Convenient Bank

⑆ 000? ⑆  2860⑈  1029

Not the Best copy
But Here you go!

FM_CPA-00454