EXHIBIT 3.B

Mailer
Page 1 of 1

# Prudential Financial

**Pruco Securities, LLC**
Member FINRA, SIPC

**TRANSMITTAL FORM**

**COMMAND & Investor Accounts**

| Account No. | |
|---|---|
| Account Type | Individual |

| Name | Nora D. Litzelman |
|---|---|
| Address | |
| City/Town | Stratham |
| State | NH Zip 03885 |

| Fin. Prof. Name | Frederick V. McMenimen III |
|---|---|
| Fin. Prof. Bus No. | (603) 770-9844 |
| Client Hm No. | |
| Client Bus No. | |

Contract No. ACM336
Ext.
Ext.

**DO NOT SEND CASH**

| Check No. | Dollar | Cents |
|---|---|---|
| 1029 | $ 25,000 | — |
| | $ | |
| | $ | |
| | $ | |

**Type of Initial Deposit:**
☐ **TRANSFER OF ASSETS** From Prior Custodian (Must complete Account Transfer Form)

---

**NORA D. LITZELMAN**
STRATHAM, NH 03885

1029
54-7/114
13

March 15, 2010 Date

Pay to the Order of  Pruco Securities    $ 25,000

Twenty Five Thousand xx/100 Dollars

**TD Bank**
America's Most Convenient Bank

For _____

⑆011400076⑆  ⬛⬛⬛⬛⬛2860⑆  1029

---

file://c:\EAAdvantage\program\screens\EMailer.htm

3/16/2010

FM_REP-00373