EXHIBIT 3.C

| Home | Manage Accounts | Pay Bills | Transfers | Service Center |
| Account History | Online Statements | Image Search | GreenSense | GoalTrack Savings |

# Account History

Introducing GreenSense*.   Learn more.*
We'll pay you 10 cents everytime you pay without paper.

Shortcuts...

Account:   Circle Gold Checking w/ Interest - xxxxxx2654 Bal. $6,642.16

eStatements & eNotices

• View eStatements

[1] View eNotices

• Go Paperless

**Circle Gold Checking w/ Interest - xxxxxx2654   (Account Type: Checking)**

Customize the Transaction History view by using the filters below.

From            To              Or
01/03/2010      01/31/2010      Select...
Type
Credits

**Transaction History**

| Date | Description | Credit(+) | |
|---|---|---|---|
| 01/29/2010 | Direct Deposit | $1,721.86 | Previous Next t |
| | Memo: PRUDENTIAL PFM DIR DEP | | View |
| 01/25/2010 | Interest | $1.45 | |
| 01/19/2010 | ATM Deposit | $5,000.00 | |
| | Memo: CITIZENS EXETER DRIVE UP EXETER NH 5653 | | |
| 01/15/2010 | Direct Deposit | $1,721.87 | |
| | Memo: PRUDENTIAL PFM DIR DEP | | |
| 01/13/2010 | Direct Deposit | $56.80 | |
| | Memo: CHASE EFT - OTHER PAYABLES | | |
| 01/12/2010 | ATM Deposit | $38,000.00 | |