EXHIBIT 3.D

Circle Gold
Account Statement

1-800-773-7373

Call Citizens' special, dedicated Gold Customer service line any time
for account information, current rates, and answers to your questions.

1 OF 6

Beginning December 22, 2009
through January 25, 2010

US259 BR442            20  1

FREDERICK V MCMENIMEN III
PO BOX 412
EXETER NH  03833-0412

```
-----------------------------------
Contents
-----------------------------------
Summary              Page    1
Checking             Page    2
Savings              Page    5
```

```
=====================================================================================================
Circle Gold Summary
-----------------------------------------------------------------------------   ---------------------
Account                      Account Number      Balance          Balance       FREDERICK V MCMENIMEN III
                                                 Last Statement   This Statement SHAUNA S MCMENIMEN
                                                                                Circle Gold Checking w/Interest
DEPOSIT BALANCE                                                                 ▓▓▓▓-265-4

Checking
Circle Gold Checking w/Interest     ▓▓-265-4     12,724.64        7,214.23
Circle Gold Checking w/Interest     ▓▓-133-0        244.26          286.54

Savings
Statement Savings                   ▓▓9973          201.26          252.28
Statement Savings                   ▓▓9981            5.97            5.97
                                                                                Total Deposit Balance
                                                                                ----------------------------
                                                                                           7,759.02

LOAN BALANCE
Equity Line of Credit*  as of 01/22/10  ▓▓8148   59,279.78       59,917.93

*A statement containing details of this account will be mailed to you separately.  If you    Total Loan Balance
 have questions about your balance, please refer to your detailed statement when it arrives. ----------------------------
 Coupon book accounts do not receive monthly statements.                                              59,917.93

Monthly combined balance to waive monthly fee is                  20,000.00     Total Relationship Balance
Your monthly combined balance this statement period is            69,189.99     ----------------------------
                                                                                          67,676.95
```

FM_CIT-00057

```
                                                                                      Account Statement

        1-800-773-7373                                                                2 OF    6

        Call Citizens' special, dedicated Gold Customer service line any time
        for account information, current rates, and answers to your questions.        Beginning December 22, 2009
                                                                                      through January 25, 2010
```

------

**Checking**

**SUMMARY**

| Balance Calculation | | Balance | | |
|---|---|---|---|---|
| Previous Balance | 12,724.64 | Average Daily Balance | 10,047.70 | |
| Checks | 11,752.52 - | | | |
| Withdrawals | 23,319.75 - | Interest | | |
| Deposits & Additions | 29,560.41 + | | | |
| Interest Paid | | Current Interest Rate | .15% | |
| | 1.45 + | Annual Percentage Yield Earned | .15% | |
| Current Balance | 7,214.23 = | Number of Days Interest Earned | 35 | |
| | | Interest Earned | 1.45 | |
| | | Interest Paid this Year | 1.45 | |

FREDERICK V MCMENIMEN III
SHAUNA S MCMENIMEN
Circle Gold Checking w/Interest
XXXXXXX-265-4

Previous Balance

12,724.64

**TRANSACTION DETAILS**

Checks * There is a break in check sequence

| Check # | Amount | Date | Item No. | Check # | Amount | Date | Item No. |
|---|---|---|---|---|---|---|---|
| 9212 | 25.00 | 12/22 | 090511869 | 9260 | 2,028.75 | 01/04 | 090093711 |
| 9218* | 50.00 | 12/29 | 022730227 | 9261 | 1,000.00 | 01/04 | 090859154 |
| 9240* | 40.00 | 12/23 | 090449353 | 9262 | 300.00 | 01/04 | 090100509 |
| 9246* | 914.42 | 12/29 | 021211310 | 9263 | 600.00 | 01/04 | 090101270 |
| 9250* | 359.63 | 12/23 | 021737379 | 9264 | 2,300.00 | 01/04 | 090337914 |
| 9254* | 105.00 | 12/24 | 021820630 | 9265 | 23.00 | 01/04 | 090177897 |
| 9255 | 128.95 | 12/24 | 021820607 | 9266 | 500.00 | 01/06 | 090144584 |
| 9256 | 495.00 | 01/04 | 090618519 | 9268* | 50.00 | 01/11 | 090618806 |
| 9258* | 411.01 | 12/31 | 090151339 | 9273* | 200.00 | 01/07 | 014188247 |
| 9259 | 221.76 | 01/07 | 023617566 | 9310* | 2,000.00 | 01/25 | 023363641 |

Total Checks

11,752.52

**Withdrawals**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 12/22 | 50.97 | 5653 POS Debit - 520436 Hess 29202 Hampton NH |
| 12/23 | 108.29 | 5736 POS Debit - 001 Stop & Shop #2 Exeter NH |
| 12/24 | 56.01 | 5736 POS Debit - 000100 On The Vine Marketexeter NH |
| 12/24 | 21.76 | 5736 POS Debit - 001 Stop & Shop #2 Exeter NH |
| 12/28 | 200.00 | 5653 ATM Cash - Nh4012 Citizens Exeter Drive Up, Exeter NH |
| 12/28 | 92.98 | 5736 POS Debit - 001 Stop & Shop #2 Exeter NH |
| 12/28 | 58.56 | 5736 POS Debit - 002600 Market Basket Stratham NH |
| 12/28 | 56.08 | 5653 POS Debit - W03103 Walgreen Compa Exeter NH |
| 12/30 | 200.00 | 5653 ATM Cash - Nh4012 Citizens Exeter Drive Up, Exeter NH |
| 12/31 | 200.00 | 5653 ATM Cash - T75100 77 Hanover St Portsmouth NH |
| 01/04 | 300.00 | 5653 ATM Cash - Nh4012 Citizens Exeter Drive Up, Exeter NH |
| 01/04 | 165.17 | 5736 POS Debit - 002600 Market Basket Stratham NH |
| 01/04 | 102.00 | 5653 ATM Cash - 806462 8 Batchelders Rd Seabrook NH |
| 01/05 | 32.19 | 5736 POS Debit - 001 Stop & Shop #2 Exeter NH |
| 01/06 | 130.00 | 5736 Dbt Purchase - 771727 Secconsary Sch.Admskillman NJ |
| 01/06 | 1.50 | 5736 Dbt Purchase - Lk5917 City Of Portsmouthportsm NH |
| 01/11 | 66.94 | 5736 POS Debit - 001 Stop & Shop #2 Exeter NH |
| 01/11 | 8.00 | 5736 Dbt Purchase - 002 Tilton Touchless Ctilton NH |
| 01/13 | 127.16 | 5736 POS Debit - 002600 Market Basket Stratham NH |
| 01/19 | 300.00 | 5653 ATM Cash - Nh4012 Citizens Exeter Drive Up, Exeter NH |
| 01/19 | 39.93 | 5736 POS Debit - 001 Stop & Shop #2 Exeter NH |
| 01/21 | 20.66 | 5736 POS Debit - 001 Stop & Shop #2 Exeter NH |
| 01/22 | 300.00 | 5653 ATM Cash - Nh4012 Citizens Exeter Drive Up, Exeter NH |
| 01/25 | 183.28 | 5736 POS Debit - 002600 Market Basket Stratham NH |

FM_CIT-00058

Account Statement

1-800-773-7373

3 OF  6

Call Citizens' special, dedicated Gold Customer service line any time
for account information, current rates, and answers to your questions.

Beginning December 22, 2009
through January 25, 2010

Checking continued from previous page
------------------------------------------------------------------------

FREDERICK V MCMENIMEN III
SHAUNA S MCMENIMEN
Circle Gold Checking w/Interest
XXXX-265-4

### Other Withdrawals

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 12/22 | 010915546 | 1,000.00 | Bk Of Amer VI/Mc Online Pmt 091222 Ckf486977566pos |
| 12/22 | 010915547 | 1,000.00 | Bk Of Amer VI/Mc Online Pmt 091222 Ckf486977566pos |
| 12/22 | 001392475 | 500.00 | American Express Elec Remit 091222 091221062279997 |
| 01/04 | 004848507 | 4,698.15 | American Express Elec Remit 100101 091231061112155 |
| 01/04 | 004815948 | 1,000.00 | Bk Of Amer VI/Mc Online Pmt 100104 Ckf486977566pos |
| 01/04 | 004718159 | 600.00 | BMW Fin Svc    Check Pymt 123109  Check # 0000009257 |
| 01/04 | 004660175 | 500.00 | American Express Elec Remit 100104 100101050932493 |
| 01/04 | 004848506 | 500.00 | American Express Elec Remit 100101 091231061107937 |
| 01/04 | 004708698 | 279.45 | Prudential Ins Prem 100104 218178969009365 |
| 01/06 | 009380469 | 200.00 | Bk Of Amer VI/Mc Online Pmt 100106 Ckf486977566pos |
| 01/13 | 091212058 | 3,500.00 | Online Transfer To Checking XXXX1330 |
| 01/19 | 003939212 | 3,274.92 | Bank Of America Mortgage 011910 122750650 |
| 01/19 | 091215838 | 2,000.00 | Online Transfer To Checking XXXX1330 |
| 01/19 | 002696586 | 439.75 | Bankers Life 357 Ins Prem 100114 008365418100118 |
| 01/19 | 003939213 | 6.00 | Bank Of America Mortgage 011910 122750650 |
| 01/21 | 008482668 | 1,000.00 | Bk Of Amer VI/Mc Online Pmt 100121 Ckf486977566pos |

Total Withdrawals
-    ---------------------------
23,319.75

### Deposits & Additions

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 12/29 | 088881734 | 5,000.00 | 5653 ATM Deposit - Nh4012 Citizens Exeter Drive Up, Exeter N |
| 12/31 | 010595863 | 7,781.74 | Prudential Pfm Dir Dep 100103 233965 |
| 01/12 | 088875512 | 10,000.00 | 5653 ATM Deposit - Nh4012 Citizens Exeter Drive Up, Exeter N |
| 01/13 | 008121530 | 56.80 | Chase Eft - Othe Payables 100112 309527 |
| 01/15 | 009832102 | 1,721.87 | Prudential Pfm Dir Dep 100117 233965 |
| 01/19 | 088854049 | 5,000.00 | 5653 ATM Deposit - Nh4012 Citizens Exeter Drive Up, Exeter N |

Total Deposits & Additions
+    ---------------------------
29,560.41

### Interest

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 01/25 |  | 1.45 | Interest |

Total Interest Paid
+    ---------------------------
1.45

Current Balance
=    ---------------------------
7,214.23

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/22 | 10,148.67 | 01/04 | 5,036.20 | 01/13 | 10,055.45 |
| 12/23 | 9,640.75 | 01/05 | 5,004.01 | 01/15 | 11,777.32 |
| 12/24 | 9,329.03 | 01/06 | 4,172.51 | 01/19 | 10,716.72 |
| 12/28 | 8,921.41 | 01/07 | 3,750.75 | 01/21 | 9,696.06 |
| 12/29 | 12,956.99 | 01/11 | 3,625.81 | 01/22 | 9,396.06 |
| 12/30 | 12,756.99 | 01/12 | 13,625.81 | 01/25 | 7,214.23 |
| 12/31 | 19,927.72 |  |  |  |  |

FM_CIT-00059

```
                                                                              Account Statement

            1-800-773-7373                                                    4 OF    6

            Call Citizens' special, dedicated Gold Customer service line any time
            for account information, current rates, and answers to your questions.    Beginning December 22, 2009
                                                                                      through January 25, 2010

===================================================================================================================
Checking
-------------------------------------------------------------------------------------  ----------------------------
S U M M A R Y                                                                          FREDERICK V MCMENIMEN III
                                                                                       SHAUNA S MCMENIMEN
Balance Calculation                          Balance                                   MCMENIMEN COLLEGE FUND
                                                                                       Circle Gold Checking w/Interest
Previous Balance               244.26        Average Daily Balance         522.20      ▓▓▓▓▓133-0
Checks                            .00 -
Withdrawals                   6,157.80 -     Interest
Deposits & Additions          6,200.00 +
Interest Paid                                Current Interest Rate           .15%
                                             Annual Percentage Yield Earned .16%
                                  .08 +
Current Balance                286.54 =      Number of Days Interest Earned   35
                                             Interest Earned                 .08
                                             Interest Paid this Year         .08
                                                                                                  Previous Balance
-------------------------------------------------------------------------------------  ----------------------------
T R A N S A C T I O N   D E T A I L S                                                                      244.26

Withdrawals

Other Withdrawals
Date   Item No.         Amount  Description
01/15  001259638      3,545.00  Ams Payments Due 011410 011410 903301220591705
01/20  006325241      2,612.80  Facts/Tilton Sch 1/20/00-1 012010 98553-Sfcrv1-01
                                                                                                  Total Withdrawals
                                                                                       -  -------------------------
                                                                                                         6,157.80

-------  Deposits & Additions
         Date   Item No.         Amount  Description
         01/13  091212060      3,500.00  Online Transfer From Checking ▓▓▓2654
         01/19  091215840      2,000.00  Online Transfer From Checking ▓▓▓2654
         01/19  091215874        700.00  Online Transfer Transfer ▓▓▓8148
                                                                                            Total Deposits & Additions
                                                                                       +  -------------------------
                                                                                                         6,200.00
         Interest
         Date   Item No.         Amount  Description
         01/25                      .08  Interest
                                                                                                 Total Interest Paid
                                                                                       +  -------------------------
                                                                                                              .08
                                                                                                   Current Balance
                                                                                       =  -------------------------
                                                                                                           286.54
         Daily Balance
         Date      Balance       Date       Balance       Date       Balance
         01/13    3,744.26       01/19     2,899.26       01/25       286.54
         01/15      199.26       01/20       286.46
```

Account Statement

1-800-773-7373

5 OF  6

Call Citizens' special, dedicated Gold Customer service line any time
for account information, current rates, and answers to your questions.

Beginning December 22, 2009
through January 25, 2010

## Savings

### SUMMARY

SCOTT S MCMENIMEN
FREDERICK V MCMENIMEN III
Statement Savings
▓▓▓▓▓9973

| Balance Calculation | | Balance | |
|---|---|---|---|
| Previous Balance | 201.26 | Average Daily Balance | 241.23 |
| Withdrawals | 64.00 - | | |
| Deposits & Additions | 115.00 + | Interest | |
| Interest Paid | .02 + | Current Interest Rate | .10% |
| Current Balance | 252.28 = | Annual Percentage Yield Earned | .09% |
| | | Number of Days Interest Earned | 35 |
| | | Interest Earned | .02 |
| | | Interest Paid this Year | .02 |

Previous Balance
201.26

### TRANSACTION DETAILS

**Withdrawals**

ATM/Purchases
| Date | Amount | Description |
|---|---|---|
| 12/23 | 62.00 | ATM Withdrawal - 8939y0 150 Portsmouth Aveexeter NH |
| 12/23 | 2.00 | Non-Citizens ATM Fee - 8939y0 150 Portsmouth Aveexeter NH |

Total Withdrawals
- 64.00

**Deposits & Additions**
| Date | Item No. | Amount | Description |
|---|---|---|---|
| 12/24 | 022318677 | 115.00 | Deposit |

Total Deposits & Additions
+ 115.00

**Interest**
| Date | Item No. | Amount | Description |
|---|---|---|---|
| 01/25 | | .02 | Interest |

Total Interest Paid
+ .02

Current Balance
= 252.28

**Daily Balance**
| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/23 | 137.26 | 12/24 | 252.26 | 01/25 | 252.28 |

```
                                                                    Account Statement

        1-800-773-7373                                              6 OF    6

        Call Citizens' special, dedicated Gold Customer service line any time
        for account information, current rates, and answers to your questions.   Beginning December 22, 2009
                                                                                 through January 25, 2010
```

================================================================================
Savings
--------------------------------------------------------------------------------
S U M M A R Y                                                       PATRICK J MCMENIMEN
                                                                    FREDERICK V MCMENIMEN III
Balance Calculation                    Balance                      Statement Savings
                                                                    ▓▓▓▓▓9981
Previous Balance           5.97        Average Daily Balance  5.97
Withdrawals                 .00 -
Deposits & Additions        .00 +      Interest
Interest Paid
                            .00 +      Current Interest Rate  .10%
Current Balance            5.97 =      Annual Percentage Yield Earned  .00%
                                       Number of Days Interest Earned    35
                                       Interest Earned                  .00
                                       Interest Paid this Year          .00
                                                                                Previous Balance
                                                                                ------------------
T R A N S A C T I O N   D E T A I L S                                                      5.97
    No activity this statement period

                                                                                Current Balance
                                                                              = ------------------
                                                                                           5.97

--------------------------------------------------------------------------------
! N E W S   F R O M   C I T I Z E N S
--We are making an improvement to your account statement. Beginning in January, if you have
paid Overdraft/Insufficient Available Funds Fees, your statement will include a table that
shows the total amount of these fees, net of any rebates, that you have paid both for the
statement period and for the calendar year to date. This table will then continue to appear
on future statements for the remainder of the calendar year. If you have not incurred these
fees during the calendar year, the table will not appear.
--A message for all Citizens Bank MasterCard Debit Card customers, you should have received
your new Visa Debit Card which replaced your MasterCard Debit Card. If you have not received
your new Visa Debit Card, please call us at 1-888-850-4070. To activate your new Visa Debit
Card call 1-800-527-1800. Or simply use your card at any ATM or merchant and make a PIN-based
purchase.
IMPORTANT: Your card number and expiration date have changed. If you use your current debit
card for recurring payments, we'll make every reasonable effort to ensure your payments are not
impacted. To ensure there is no interruption in service, we recommend that you contact your
billers to update your information.
--Introducing the Big Savings Sale. See all of the savings offers waiting for you at
citizensbank.com/bigoffers. But hurry, these offers won't last long!

--Looking for high yields and easy access to your cash savings? Look no further! Citizens
Bank offers savings and money market accounts with great rates and the peace of mind of FDIC
insurance. Whether you are just starting out or looking to preserve your liquid cash
deposits, we have an account to suit your needs. We also have new products that reward you
for saving for college or a new home! For more information, to open an account, or add to
your existing balance, visit your local branch today or call 1-800-773-7373.
Member FDIC. See a banker for FDIC coverage amounts and transaction limitations.
--Reduce your monthly payments with great rates on a home equity loan or line of credit.
Home Equity loans and lines of credit can help you with a variety of borrowing needs; have
flexible repayment terms and no closing costs. See a banker today.

## John Masci

| | |
|---|---|
| From: | John Masci |
| Sent: | Friday, October 15, 2010 8:14 PM |
| To: | 'COACHMCM@aol.com' |
| Subject: | 2009 tax return |
| Attachments: | McMenimen 2009 Final.PDF |

Hi Rick:

Attached is your 2009 return. I ended up making a couple of changes to have it more closely reflect what I had sent you in March. My notes showed we should report 38K for Custom Income (25K from Wagstaff and 13K from Pope). Prepared this way you still are getting almost $12K in a refund. Please acknowledge receipt and that it is ok to e-file then I will submit the return. The pdf is protected with the last 6 digits of your SS#.

Thanks.

**John G. Masci**
**Raphael and Raphael LLP**
**52 Church Street**
**Boston, MA 02116**
**(617) 210-1213 (New Direct Dial)**

*This communication (including attachments) is intended only for the addressee named above. It may contain confidential information. Any review, dissemination or use of the information in this communication by anyone other than the addressee or his/her designee is strictly prohibited.*

*To ensure compliance with IRS Circular 230 and U.S. Treasury Regulations governing tax practice, we inform you that any U.S. tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax related penalties that may be imposed under Federal tax law or (ii) the promotion, marketing or recommending to another party of any transaction or matter addressed herein.*

FM_CPA-00626