## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **Criminal Case No. 12-CR-00130-SM** |
| **FREDERICK V. MCMENIMEN, III,** ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S PROPOSED SPECIAL VOIR DIRE

The United States of America, by John P. Kacavas, United States Attorney for the District of New Hampshire, respectfully requests that, in addition to its standard *voir dire*, the Court administer the special *voir dire* set forth below:

1. The Indictment in this case charges that the defendant committed, among other offenses, the offense of Tax Evasion, in violation of 26 U.S.C. § 7201.

    A. Is there any member of the panel who believes such conduct should not be a crime?

    B. Is there any member of the panel who believes that the federal government should not investigate or prosecute such crimes?

    C. Do any of you feel that offenses related to the income tax laws should not be prosecuted as crimes by the United States?

2. Have any of you or any of your relatives or close friends ever been audited or investigated by the Internal Revenue Service? Have you or any of your relatives or close friends ever been the subject of an Internal Revenue Service collection proceeding?

    A. Do you feel that those proceedings were properly handled?

    B. Do you hold any ill-will against the Internal Revenue Service because of those proceedings?

    C. Can you deliberate fairly and impartially despite the feelings you have about how the proceedings were handled?

3. Do any of you hold strong personal or philosophical feelings about complying with the tax laws of the United States? If so, what are those feelings?

4.     Do any of you believe that the income tax laws of the United States are unconstitutional?

Dated:   October 22, 2014                                         Respectfully submitted,

                                                                                    JOHN P. KACAVAS
                                                                                    United States Attorney

                                                            By:     /s/William E. Morse
                                                                                    William E. Morse
                                                                                    Assistant United States Attorney
                                                                                    Bar No. 421934 (D.C.)
                                                                                    United States Attorney's Office
                                                                                    53 Pleasant Street, 4th floor
                                                                                    Concord, New Hampshire    03301
                                                                                    (603) 225-1552

**CERTIFICATE OF SERVICE**

   I, hereby certify, that a copy of the foregoing has been served upon all counsel of record through the Electronic Filing System.

                                                                                    /s/William E. Morse
                                                                                    Assistant United States Attorney