# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **Criminal Case No. 12-CR-00130-SM** |
| **FREDERICK V. MCMENIMEN, III,** ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S NOTICE OF POSITION
## WITH RESPECT TO JURY EVIDENCE RECORDING SYSTEM

The United States of America, by John P. Kacavas, United States Attorney for the District of New Hampshire, hereby states its position that the use of the Jury Evidence Recording System in the trial of this case is appropriate. JERS will aid the jury in considering photographic, audio recordings and other evidence. Adherence to the procedures outlined in the local rules and the Court's website will reduce to an acceptable level any potential disadvantages to using the JERS system in this case.

Dated: October 28, 2014

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

By: /s/ William E. Morse
William E. Morse
Assistant United States Attorney
Bar No. 421934 (D.C.)
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, New Hampshire  03301
(603) 225-1552

CERTIFICATE OF SERVICE

      I hereby, certify, that a copy of the foregoing has been served upon Bjorn R. Lange, Esq., and William E. Christie, Esq., counsel for the defendant, through the electronic filing system.

      /s/ William E. Morse
      Assistant United States Attorney