UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal Case No. 12-CR-00130-SM |
| FREDERICK V. MCMENIMEN, III, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S WITNESS LIST

The United States of America, by John P. Kacavas, United States Attorney for the District of New Hampshire, hereby submits its Witness List. The government intends to call in its case-in-chief all or some of the following witnesses:

1. Michael Angersola, North American Company
2. Janet Beals
3. Linda Bridges, Kennebunk Savings Bank
4. Katelyn Bruno, Federal Bureau of Investigation
5. Judy Carruth, CGI Financing
6. Paul V. Clark
7. Paul Crowley, Internal Revenue Service
8. William Cuff, Prudential
9. Representative, American Express
10. Karen Dean, Internal Revenue Service
11. John Depratti, Prudential Securities
12. Eric Drecksel, Fidelity & Guaranty
13. Matt Ferro, JAFCO Foods
14. Roxanne Hollingsworth, FIA Card Services

15. Jodi Knight, Aviva

16. Nora Litzelman

17. Robert LaBonte

18. David Lynch, Internal Revenue Service

19. John Masci, Raphael & Raphael

20. Frederick V. McMenimen, Jr.

21. Patricia Mekshes

22. Jonathan Norton

23. Donald Ross, Allianz

24. Brian Tierney, Office of the U.S. Bankruptcy Trustee

25. Marcia Toomey, Endicott College

26. Susan Wagstaff

27. Robin Washington, Office of the New Hampshire Secretary of State

28. Paul J. White, Internal Revenue Service

The United States asks for leave to amend its witness list as may become appropriate and necessary during trial.

Dated: October 28, 2014

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

By: /s/ William E. Morse
William E. Morse
Assistant United States Attorney
Bar No. 421934 (D.C.)
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552

## CERTIFICATE OF SERVICE

I hereby, certify, that a copy of the foregoing has been served upon Bjorn R. Lange, Esq., and William E. Christie, Esq., counsel for the defendant, through the electronic filing system.

/s/ William E. Morse
Assistant United States Attorney