IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____

UNITED STATES OF AMERICA     ]
                             ]
v.                           ]     No. 12-cr-130-01-SM
                             ]
FREDERICK V. McMENIMEN III   ]
_____]

### DEFENDANT'S LIST OF POTENTIAL WITNESSES

Defendant Frederick V. McMenimen III, through his counsel, respectfully gives notice that, in addition to those on the government's witness list, during his case he may call one or more of the following people as witnesses:

1. Sherry L. Aube
   Biddeford, ME

2. William J. Cuff
   Gloucester, MA

3. John J. Depratti
   Natick, MA

4. Nancy Salovitch
   Sandown, NH

5. Jeanne M. Powers
   South Weymouth, MA

6. Deborah Raffalli
   North Andover, MA

7. Jonathan Norton
   Kennebunk, ME

8. Nancy Favara
   Rye, NH

      9.      Special Agent Brian Keefe
              Federal Bureau of Investigation

The defendant asks for leave to amend his witness list as may become appropriate and necessary during trial.

            Respectfully submitted,
            FREDERICK V. McMENIMEN III
            By His Attorneys,

/s/ Bjorn Lange
Bjorn Lange (NHBA #1426)
Assistant Federal Public Defender
Federal Defender Office
The Ralph Pill Building
22 Bridge Street – 3rd Fl.
Concord, NH 03301
(603)226-7360
Bjorn_Lange@fd.org

Date: October 29, 2014

/s/ William E. Christie
William E. Christie
Shaheen & Gordon (Concord)
107 Storrs Street
PO Box 2703
Concord, NH 03302-2703
(603)225-7262
wchristie@shaheengordon.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2014 the above document was served via ECF upon AUSA William Morse.

            /s/ Bjorn Lange
            Bjorn Lange