UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
)
      v. ) Cr. No. 12-cr-130-01-SM
)
Frederick V. McMenimen III )

## DEFENDANT'S PROPOSED TRIAL EXHIBIT LIST

    Below is the defendant's list of proposed trial exhibits. The defendant reserves the right to amend this list.

A1 (id)        Beals' agreement 05-19-2011

A2 (id)        Beals' agreement, 05-19-2011, 2 pages (Bruno copy #8)

B1 (id)        Wagstaff agreement 09-13-2003

B2 (id)        Wagstaff agreement 09-13-2003, 2 pages, (Bruno copy #14)

B3 (id)        Wagstaff letter to Karen Dean, 03-12-2007

B4 (id)        Wagstaff letter to Karen Dean, 03-12-2007, 2 pages, (Bruno copy #13)

B5 (id)        Wagstaff agreement, 04-06-2010

B6 (id)        Wagstaff agreement, 04-06-2010, 2 pages, (Bruno copy #9)

B7 (id)        Wagstaff agreement, 05-25-2010

B8 (id)        Wagstaff agreement, 05-25-2010, 2 pages, (Bruno copy #15)

B9 (id)        Wagstaff agreement, 08-14-2011

B10 (id)       Wagstaff agreement, 08-14-2011, 2 pages, (Bruno copy #10)

B11 (id)       Wagstaff agreement, 08-14-2011

B12 (id)       Wagstaff agreement, 08-14-2011, 2 pages, (Bruno copy #11)

| | |
|---|---|
| C (id) | Beals' Trust, 08-16-2007, 3 pages |
| D1 (id) | Wagstaff Allianz Surrender, 05-01-2009, Contract #7051749, 2 pages |
| D2 (id) | Wagstaff Allianz Surrender, 05-25-2010, Contract #70417492, 2 pages |
| D3 (id) | Wagstaff Allianz Surrender, 07-30-2009, Contract #70517492, 2 pages |
| D4 (id) | Wagstaff Allianz Surrender, 09-29-2009, Contract #7051749, 2 pages |
| D5 (id) | Wagstaff Allianz Surrender, 11-04-2010, Contract #70517492, 2 pages |
| E1 (id) | Wagstaff Allianz Yearly Statement, 12-09 to 12-10, Policy #70517492, 3 pages |
| E2 (id) | Wagstaff Allianz Yearly Statement, 12-10 to 12-11, Contract #70517492, 3 pages |
| E3 (id) | Wagstaff Allianz Yearly Statement, 12-06 to 12-07, Policy #70517492, 3 pages |
| E4 (id) | Wagstaff Allianz Yearly Statement, 12-07 to 12-08, Policy #70517492, 3 pages |
| E5 (id) | Wagstaff Allianz Yearly Statement, 12-08 to 12-09, Policy #70517492, 3 pages |
| F1 (id) | Wagstaff Allianz Yearly Statement, 01-07 to 01-08, Policy $70525295, 3 pages |
| F2 (id) | Wagstaff Allianz Yearly Statement, 01-08 to 01-09, Policy #70525295, 3 pages |
| F3 (id) | Wagstaff Allianz Yearly Statement, 01-09 to 01-10, Policy #70525292, 3 Pages |
| F4 (id) | Wagstaff Allianz Yearly Statement, 01-10 to 01-11, Policy #70525295, 3 pages |
| F5 (id) | Wagstaff Allianz Yearly Statement, 01-11 to 01-12, Policy #70525295, 3 pages |
| G1 (id) | Wagstaff Allianz Yearly Statement, 04-07 to 04-08, Policy #70555927, 3 pages |
| G2 (id) | Wagstaff Allianz Yearlt Statement, 04-08 to 04-09, Policy #70555927, 3 pages |
| G3 (id) | Wagstaff Allianz Yearly Statement, 04-09 to 04-10, Policy #70555927, 3 pages |
| G4 (id) | Wagstaff Allianz Yearly Statement, 04-10 to 04-11, Policy #70555927, 3 pages |
| G5 (id) | Wagstaff Allianz Yearly Statement, 04-11 to 04-12, Policy #70555927, 3 pages |
| H1 (id) | Wagstaff Aviva Annual Statement, 11-05 to 11-06, Contract #30EA759292, 2 pgs |

H2 (id)        Wagstaff Aviva Annual Statement, 11-06 to 11-07, Contract #30EA759292, 2 pgs

H3 (id)        Wagstaff Aviva Annual Statement, 11-07 to 11-08, Contract #30EA759292, 2 pgs

H4 (id)        Wagstaff Aviva Annual Statement, 11-08 to 11-09, Contract #30EA759292, 2 pgs

H5 (id)        Wagstaff Aviva Annual Statement, 11-09 to 11-10, Contract #30EA759292, 2 pgs

I1 (id)        Wagstaff Aviva Annuity Statement, 11-03-08, Contract #596630, 3 pages

I2 (id)        Wagstaff Aviva Annuity Statement, 11-03-09, Contract #596630, 3 pages

I3 (id)        Wagstaff Aviva Annuity Statement, 11-03-10, Contract #596630, 3 pages

J1 (id)        Wagstaff Check from Acct. #8673, 08-05-2009, to self, $10,000.00

J2 (id)        Wagstaff Check from Acct. #8673, 04-01-2010, to US Treasury, $13,846,00

J3 (id)        Wagstaff Check from Acct. #8673, 05-11-2010, to IRS, $4,727.00

J4 (id)        Wagstaff Check from Acct. #8673, 07-19-2010, to self, $10,000.00

J5 (id)        Wagstaff Check from Acct. #8673, 03-22-2011, US Treasury, $1,469.00

J6 (id)        Wagstaff Check from Acct. #8673, 06-06-2011, to self, $10,000.00

J7 (id)        Wagstaff Check from Acct. #8673, 10-25-20911, to self, $10,000.00

K (id)        Wagstaff Prudential Statements, Acct. #1465-0747, May to Sept. 2011, 44 pages

L (id)        Wagstaff Prudential Statements, Acct. #4878-0676, Jan. 09 to Dec. 11, 282 pages

M (id)        Communications (e-mail and letters) between Sherman Law and Prudential, re: FVMIII personal property at Portsmouth Office, 6 pages.

N (id)        Aviva Check to Wagstaff, 03-01-2011, $163,795.94

O (id)        Aviva Check to Wagstaff, 12-17-2010, $19,542.92

P (id)        Wagstaff Check to Aviva, 11-05-05, $160,444.80

Q (id)        Meskhes Agreement, 10-19-2008

R (id)	FVMIII and Prudential e-mails, RE: Meskhes, 09-10-08

S (id)	Wagstaff North American Annuities records, surrender forms and checks, 35 pages

T (id)	MVMIII - Toryak e-mails, RE: Beals, 09-22-10

U (id)	FVMIII e-mail to Cuff, 08-06-2011

Date: October 30, 2014

    Respectfully submitted,
    FREDERICK V. McMENIMEN III
    By His Attorneys,

/s/ Bjorn Lange
Bjorn Lange (NHBA #1426)
Assistant Federal Public Defender
Federal Defender Office
The Ralph Pill Building
22 Bridge Street – 3rd Fl.
Concord, NH  03301
(603)226-7360
Bjorn_Lange@fd.org

/s/ William E. Christie
William E. Christie
Shaheen & Gordon (Concord)
107 Storrs Street
PO Box 2703
Concord, NH 03302-2703
(603)225-7262
wchristie@shaheengordon.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 30, 2014 the above document was served via ECF upon AUSA William Morse and any other counsel of record.

/s/ Bjorn Lange
Bjorn Lange

/s