IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | No. 12-Cr-00130-SM |
| ] | |
| FREDERICK V. McMENIMEN, III ] | |

**DEFENDANT'S UNOPPOSED MOTION ON SURRENDER DATE**

Defendant Frederick V. McMenimen, III respectfully moves through counsel that the date for his surrender to the custody of the United States Marshal for the District of New Hampshire (USM) be changed from November 12, 2014 to December 1, 2014. Not later than 2 PM on that day he will report to the facility designated by the USM.

This extension is sought so that the defendant can undergo necessary medical procedures.

The government does not oppose the relief sought herein.

No memorandum accompanies this motion because it is unopposed.

WHEREFORE, it is respectfully requested that the Court grant said relief and such other and further relief as may be just.

Respectfully submitted,

FREDERICK V. McMENIMEN, III
By His Attorney,

/s/ Bjorn Lange
Bjorn Lange (NHBA # 1426)
Assistant Federal Public Defender
22 Bridge Street-3rd Fl.
Concord, NH 03301
Tel. 603-226-7360
Bjorn_Lange@fd.org

1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 6, 2014 the above document was served via ECF to all counsel of record and that a copy will be sent to the defendant.

                                     /s/ Bjorn Lange
                                     Bjorn Lange