```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE


* * * * * * * * * * * * * * * * *
                                *
UNITED STATES OF AMERICA        *
                                *  12-cr-130-01-SM
           v.                   *  February 11, 2015
                                *
FREDERICK MCMENIMEN             *
                                *
* * * * * * * * * * * * * * * * *




                EXCERPT OF TRANSCRIPT OF SENTENCING
              BEFORE THE HONORABLE STEVEN J. MCAULIFFE
```

Appearances:

| | |
|---|---|
| For the Government: | William E. Morse, Esq.<br>U.S. Attorney's Office<br>53 Pleasant Street<br>Concord, NH 03301 |
| For the Defendant: | William E. Christie, Esq.<br>Shaheen & Gordon, PA<br>107 Storrs Street<br>P.O. Box 2703<br>Concord, NH  03302-2703<br><br>Bjorn Lange, Esq.<br>Federal Defender's Office<br>The Ralph Pill Building<br>22 Bridge Street<br>Concord, NH  03301 |
| Probation Officer: | Sean Buckley |
| Court Reporter: | Diane M. Churas, LCR, RPR, CRR<br>Official Court Reporter<br>United States District Court<br>55 Pleasant Street<br>Concord, NH  03301<br>(603)225-1442 |

```
 1   (Excerpt from sentencing hearing)
 2             MR. MCMENIMEN:  Thank you for the opportunity
 3   to speak.
 4             I apologize to the Court and those involved
 5   for what I have caused as a result of my initial
 6   actions.  I have no one else to blame but myself and I
 7   take full and sole responsibility.  Apologizing and "I'm
 8   sorry" is not truly enough, but it's sincere, and
 9   hopefully after today actions will speak louder than
10   words and everyone can begin to heal as I ask for
11   forgiveness.
12             To my family, I know I have hurt,
13   disappointed, and affected your lives.  I appreciate
14   your standing by me, and, health willing, we can move
15   forward, rebuild, and heal.  This is especially directed
16   at my immediate family, my mom, my stepdad, my brother,
17   my younger sister.  In the past I have sometimes taken
18   family for granted, but that will never happen again.
19             To my friends and former associates and former
20   clients who have given me unwavering support and were
21   willing to testify in my behalf while having to endure
22   endless hours of investigators, I thank you for having
23   my back.
24             To the families directly involved, I sincerely
25   apologize that it came to this.  I wish I could have
```

1  reached out to you all from the start, but I was
2  forbidden to do so.  If I could have I'm certain we
3  would not be here today.  I hope we can all now start to
4  heal.  I realize it has ruined friendships and
5  relationships and it is my fault and it is not that of
6  my family.  They had nothing to do with this.
7           Your Honor, I broke a trust and I take full
8  responsibility for my actions.  I've already lost my
9  professional and coaching career and some friends.  I am
10 a broken, humiliated, ashamed, and embarrassed man.
11 Health willing, I want to show that I'm a better person
12 going forward, rebuild my life, and work towards
13 whatever this Court assesses.  I have secured work upon
14 my release, so after I can complete at least four major
15 surgeries which I now face and a significant rehab, I
16 expect to get right to work and I wish I could start
17 today.
18          I chose to plead guilty and turn myself in
19 early and accept responsibility to make it easier on my
20 family, the other families involved, and especially
21 those that would have had to testify.  I felt it was the
22 right thing to do to start the healing process for
23 everyone while asking for forgiveness.  I have a long
24 road ahead to rebuild.  My health needs some serious
25 attention and I wish I knew what was wrong.

1          I have been vilified by the media with half
2    truths and incomplete information that has ruined me in
3    the public's eye, but I have learned a valuable lesson.
4    I have even tried to reach out to them to correct it,
5    but they have no interest in reporting my side.  I need
6    to rebuild my life inspite of that perception they've
7    created, but it's a challenge I take on and look forward
8    to.
9          After I was away almost three months in 2013,
10   I came home a noticeably different person as noted by
11   family and very close friends.  After the last almost
12   three months, I feel even better and I want to do what I
13   have to do to get healthy, to get home, and back to my
14   mom and stepdad and family and show everyone else that
15   people can change for the better, and I plan on showing
16   everyone based on the lessons learned.  Thank you.
17          (End of excerpt.)

1       C E R T I F I C A T E

2

3       I, Diane M. Churas, do hereby certify that the

4  foregoing transcript is a true and accurate

5  transcription of the within proceedings, to the best of

6  my knowledge, skill, ability and belief.

7

8  Submitted: 2/17/15                /D̄ *Diane M. Churas*

                                  **DIANE M. CHURAS, LCR, RPR, CRR**
9                                 LICENSED COURT REPORTER, NO. 16
                                  STATE OF NEW HAMPSHIRE