UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                    Case No.  12-cr-130-01-SM

Frederick V. McMenimen, III

ORDER RE RETURN OF POSTED COLLATERAL

Judgment having been rendered in the above-captioned case, the Clerk is directed, pursuant to instructions from the Administrative Office, to return U.S. Passport, #490979413, surrendered as a condition of bail, to the Department of State.

SO ORDERED.

                                                          Steven J. McAuliffe
                                                          United States District Judge

Date: October 26, 2017

cc:  Bjorn Lange, Esq.
     William E. Morse, AUSA
     US Probation