**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court                                    Telephone: 603-225-1423
Pamela E. Phelan, Chief Deputy Clerk                         Web: www.nhd.uscourts.gov

October 30, 2017

FEDERAL EXPRESS

U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

In re:   Case No. 12-cr-130-01-SM, USA v. Frederick V. McMenimen, III

To Whom It May Concern:

       As the above individual was convicted of a felony in this court, pursuant to direction
from our Administrative Office, we are returning to your custody U.S. Passport No. 490949413,
which has an expiration date of February 28, 2022.

       Enclosed is a copy of the judgment.

       By copy of this letter, the defendant is herewith advised of this transfer and of the fact
that your office is the one that should be contacted with any questions regarding this passport.

                                        Very truly yours,

                                        _____
                                         /s/ Judith A. Barrett

                                        Judith A. Barrett, Deputy Clerk

Enclosures

Bjorn Lange, Esq.
William E. Morse, AUSA
U.S. Probation
Frederick V. McMenimen, III