| PROB 22 (Rev. 2/88) | U.S. DISTRICT COURT DISTRICT OF NEW HAMPSHIRE OCT 23 2018 FILED | DOCKET NUMBER *(Tran. Court)* 12-CR-130-01-SM |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 18cr10369 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Frederick V. McMenimen, III  Massachusetts | DISTRICT OF NEW HAMPSHIRE | |
| | NAME OF SENTENCING JUDGE Honorable Steven J. McAuliffe | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/04/2017 | TO 10/03/2020 |

**OFFENSE**

Count 4: Mail Fraud, in violation of 18 U.S.C. § 1341
Count 27: Money Laundering, in violation of 18 U.S.C. § 1957
Counts 29-31: Federal Income Tax Evasion, in violation of 26 U.S.C. § 7201

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEW HAMPSHIRE</u>

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 4, 2018
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF MASSACHUSETTS</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/2/18
*Effective Date*

*United States District Judge*


**DOCKETED**
